UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DOUGLAS WEAVER, JENNIE WEAVER,

    Plaintiffs,

v.                                              Case No.  5:12-cv-234-Oc-10TBS

FEDERAL INSURANCE COMPANY, a stock
insurance company incorporated in Indiana,

    Defendant.
_____

ORDER

    Pending before the Court is Plaintiffs' Motion to Strike and/or Dismiss Defendant's Affirmative Defense and Incorporated Memorandum of Law (Doc. 8).  In his Local Rule 3.01(g) certificate, the attorney for Plaintiffs represents that he has conferred with Defendant's counsel who "has advised that [Defendant] would be willing to amend the Second Affirmative Defense for more specificity."  Plaintiffs do not object to Defendant being granted leave to amend its Second Affirmative Defense.  Accordingly, upon due consideration, the motion is GRANTED and Defendant's Second Affirmative Defense is STRICKEN with leave to amend.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on May 23, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel